IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Thomas A. Musko : Case No.18-20231-JAD
: Chapter 13
Debtor(s) :
U.S. Bank National Association, not in :
its individual capacity but solely as : Related to Document #38
Trustee for the CIM Trust 2018-NR1 :
Mortgage-Backed Notes, Series :
2018-NRI, :
Movant(s) :
:
vs. : Hearing Date: 6/10/20 at 10:00 a.m.
:
Thomas A. Musko and :
Ronda J. Winnecour, Trustee :
Respondent(s) :

## ORDER OF COURT

AND NOW, this __10th__ day of __June__, 20_20_, upon consideration of SECURED CREDITOR'S MOTION FOR EXEMPTION FROM F.R.B.P. 3002.1(b)(1) and responses thereto, it is hereby ORDERED that the Motion is denied without prejudice.

BY THE COURT:

_____sjk
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
6/10/20 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA