**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| THOMAS A. MUSKO | Case No. 18-20231JAD |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| COUNTY OF ALLEGHENY (R/E TAX)* | |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

CLAIM HAS NOT BEEN WITHDRAWN.

| | |
|---|---|
| COUNTY OF ALLEGHENY (R/E TAX)* | Court claim# 9/Trustee CID# 19 |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | |
| POB 200 | |
| BETHEL PARK, PA 15102 | |

The Movant further certifies that on 10/14/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour |
| | RONDA J WINNECOUR PA ID #30399 |
| | CHAPTER 13 TRUSTEE WD PA |
| | 600 GRANT STREET |
| cc: debtor(s) | SUITE 3250 US STEEL TWR |
|    original creditor | PITTSBURGH, PA  15219 |
|    putative creditor | (412) 471-5566 |
|    counsel for debtor(s) | cmecf@chapter13trusteewdpa.com |
|    counsel for the creditor(s) (if known) | |

| | |
|---|---|
| DEBTOR(S):<br>THOMAS A. MUSKO, 3112 UNIVERSAL STREET, PITTSBURGH, PA  15204 | DEBTOR'S COUNSEL:<br>SHAWN N WRIGHT ESQ, LAW OFFICE OF SHAWN N WRIGHT, 7240 MCKNIGHT RD, PITTSBURGH, PA  15237 |
| ORIGINAL CREDITOR:<br>COUNTY OF ALLEGHENY (R/E TAX)*, %JORDAN TAX SVC-CUR/DLNQ CLCTR, POB 200, BETHEL PARK, PA  15102 | ORIGINAL CREDITOR'S COUNSEL:<br>JEFFREY R HUNT ESQ, GRB LAW, FRICK BUILDING 14TH FL, 437 GRANT ST, PITTSBURGH, PA  15219 |
| NEW CREDITOR: | |