2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-20231-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Thomas A. Musko
3112 Universal Street
Pittsburgh PA 15204

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/20/2022.

Name and Address of Alleged Transferor(s):

Claim No. 8: U.S. BANK NATIONAL ASSOCIATION, NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER, ATTN: BANKRUPTCY DEPT, PO BOX 619096, DALLAS TX 75261-9741

Name and Address of Transferee:

U.S. Bank National Association, et al.
C/O Nationstar Mortgage LLC
PO Box 619096
Dallas TX 75261

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  06/23/22

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20231-JAD |
| Thomas A. Musko | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 21, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14803868 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 22 2022 03:13:00 | U.S. BANK NATIONAL ASSOCIATION, NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER, ATTN: BANKRUPTCY DEPT, PO BOX 619096, DALLAS TX 75261-9096 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2022 at the address(es) listed below:**

**Name**    **Email Address**

Brian Nicholas
   on behalf of Creditor U.S. Bank National Association  et al. bnicholas@kmllawgroup.com

Brian Nicholas
   on behalf of Creditor U.S. Bank National Association  not in its Individual Capacity but Solely as Trustee for the CIM Trust 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
   on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com

Jeffrey R. Hunt
   on behalf of Creditor County of Allegheny jhunt@grblaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 21, 2022 | Form ID: trc | Total Noticed: 1 |

Keri P. Ebeck
 on behalf of Creditor U.S. Bank National Association  not in its Individual Capacity but Solely as Trustee for the CIM Trust 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Keri P. Ebeck
 on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kevin M Buttery
 on behalf of Creditor U.S. Bank National Association kbuttery@rascrane.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

S. James Wallace
 on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Shawn N. Wright
 on behalf of Debtor Thomas A. Musko shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Sindi Mncina
 on behalf of Creditor U.S. Bank National Association smncina@rascrane.com

TOTAL: 12