**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PA**

Chapter:      13
Case No:      1820231

In re:        THOMAS A. MUSKO

Account Number:  1592

**WITHDRAWAL OF PROOF OF CLAIM**

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC
agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of
claim 1 filed on 02/06/2018 in the amount of $684.14 .

On this date 7/18/2022.


By:   /s/ Ciara M. Lawton
      Ciara M. Lawton
      Bankruptcy Representative
      PRA Receivables Management, LLC., as agent of
      Portfolio Recovery Associates LLC.
      POB 41067
      Norfolk, VA 23541
      E-mail: Bankruptcy_Info@prareceivables.com