Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Thomas A. Musko**
  Debtor(s)

Bankruptcy Case No.: 18−20231−JAD
Related to Doc.#64
Chapter: 13
Docket No.: 65 − 64

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 26th of May, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/10/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/19/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/10/23.**

                                         Jeffery A. Deller
                                         United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20231-JAD |
| Thomas A. Musko | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 26, 2023 | Form ID: 408 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas A. Musko, 3112 Universal Street, Pittsburgh, PA 15204-1758 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | May 27 2023 00:44:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 00:59:25 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: RASEBN@raslg.com | May 27 2023 00:44:00 | U.S. Bank National Association, Robertson, Anschutz & Schneid, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14762380 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 27 2023 00:44:00 | Bank of America, P.O. Box 17054, Wilmington, DE 19884-0001 |
| 14794089 | | Email/PDF: bncnotices@becket-lee.com | May 27 2023 01:12:10 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14849278 | + | Email/Text: ebnjts@grblaw.com | May 27 2023 00:44:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14762381 | + | Email/Text: bankruptcynotices@dcicollect.com | May 27 2023 00:46:00 | Diversified Consultants, P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 14801581 | + | Email/Text: kburkley@bernsteinlaw.com | May 27 2023 00:46:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14762382 | | Email/Text: PBNCNotifications@peritusservices.com | May 27 2023 00:44:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14762383 | ^ | MEBN | May 27 2023 00:37:53 | Mercantile Adjustment Bureau, P.O. Box 9055, Buffalo, NY 14231-9055 |
| 14762384 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 27 2023 00:45:00 | Mr. Cooper Mortgage, 350 Highland Drive, Lewisville, TX 75067-4488 |
| 14772002 | | Email/PDF: cbp@onemainfinancial.com | May 27 2023 01:12:46 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14762385 | | Email/PDF: cbp@onemainfinancial.com | May 27 2023 00:58:47 | One Main Bank, PO Box 64, Evansville, IN 47701-0064 |
| 14803795 | | Email/Text: Bankruptcy.Notices@pnc.com | May 27 2023 00:44:00 | PNC BANK N.A., P.O. BOX 94982, Cleveland, OH 44101 |

Case 18-20231-JAD    Doc 66    Filed 05/28/23    Entered 05/29/23 00:34:35    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: 408 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 14762386 | | Email/Text: Bankruptcy.Notices@pnc.com | May 27 2023 00:44:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14762387 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 00:59:36 | Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 14832326 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 01:13:34 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14770313 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 01:26:40 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14792629 | + | Email/Text: ebnpeoples@grblaw.com | May 27 2023 00:44:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14762388 | | Email/Text: bankruptcy@sw-credit.com | May 27 2023 00:45:00 | Southwest Credit, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14762389 | ^ | MEBN | May 27 2023 00:36:53 | Trident Asset Management, PO Box 888424, Atlanta, GA 30356-0424 |
| 14803868 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 27 2023 00:45:00 | U.S. BANK NATIONAL ASSOCIATION, NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER, ATTN: BANKRUPTCY DEPT, PO BOX 619096, DALLAS TX 75261-9096 |
| 15491758 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 27 2023 00:45:00 | U.S. Bank National Association, et al., C/O Nationstar Mortgage LLC, PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, et al. |
| cr | | U.S. Bank National Association, not in its Individ |
| cr | | U.S. Bank National Association, not in its individ |
| cr | * | Capital One, N.A., c/o Becket and Lee, LLP, POB 3001, Malvern, PA 19355-0701 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: May 26, 2023 | Form ID: 408 | Total Noticed: 24 |

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the CIM TRUST 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2 bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association  not in its Individual Capacity but Solely as Trustee for the CIM Trust 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association  et al. bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor U.S. Bank National Association cwohlrab@raslg.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor U.S. Bank National Association  not in its Individual Capacity but Solely as Trustee for the CIM Trust 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Kevin M Buttery
    on behalf of Creditor U.S. Bank National Association kbuttery@rascrane.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Debtor Thomas A. Musko shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association smncina@rascrane.com

TOTAL: 13