| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Thomas A. Musko<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6686<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  18–20231–JAD | | |

## Order of Discharge                                                                                   12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Thomas A. Musko


   <u>7/11/23</u>                                                                  **By the court:** <u>Jeffery A. Deller</u>
                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                         Case No. 18-20231-JAD
Thomas A. Musko                                                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: auto        Page 1 of 3
Date Rcvd: Jul 11, 2023        Form ID: 3180W        Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas A. Musko, 3112 Universal Street, Pittsburgh, PA 15204-1758 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 12 2023 04:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2023 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 12 2023 04:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2023 00:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 12 2023 00:47:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | EDI: PRA.COM | Jul 12 2023 04:33:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 12 2023 00:47:00 | U.S. Bank National Association, Robertson, Anschutz & Schneid, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14762380 | + | EDI: BANKAMER2.COM | Jul 12 2023 04:33:00 | Bank of America, P.O. Box 17054, Wilmington, DE 19884-0001 |
| 14794089 | | Email/PDF: bncnotices@becket-lee.com | Jul 12 2023 00:57:26 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14849278 | + | Email/Text: ebnjts@grblaw.com | Jul 12 2023 00:47:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14762381 | + | EDI: DCI.COM | Jul 12 2023 04:33:00 | Diversified Consultants, P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 14801581 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 12 2023 00:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14762382 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 12 2023 00:47:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14762383 | ^ | MEBN | Jul 12 2023 00:39:10 | Mercantile Adjustment Bureau, P.O. Box 9055, Buffalo, NY 14231-9055 |
| 14762384 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 12 2023 00:47:00 | Mr. Cooper Mortgage, 350 Highland Drive, Lewisville, TX 75067-4488 |
| 14772002 | | EDI: AGFINANCE.COM | Jul 12 2023 04:33:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14762385 | | EDI: AGFINANCE.COM | Jul 12 2023 04:33:00 | One Main Bank, PO Box 64, Evansville, IN 47701-0064 |
| 14803795 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 12 2023 00:47:00 | PNC BANK N.A., P.O. BOX 94982, Cleveland, OH 44101 |
| 14762386 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 12 2023 00:47:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14762387 | | EDI: PRA.COM | Jul 12 2023 04:33:00 | Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 14832326 | | EDI: PRA.COM | Jul 12 2023 04:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14770313 | | EDI: PRA.COM | Jul 12 2023 04:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14792629 | + | Email/Text: ebnpeoples@grblaw.com | Jul 12 2023 00:47:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14762388 | | Email/Text: bankruptcy@sw-credit.com | Jul 12 2023 00:48:00 | Southwest Credit, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14762389 | ^ | MEBN | Jul 12 2023 00:39:18 | Trident Asset Management, PO Box 888424, Atlanta, GA 30356-0424 |
| 14803868 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 12 2023 00:47:00 | U.S. BANK NATIONAL ASSOCIATION, NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER, ATTN: BANKRUPTCY DEPT, PO BOX 619096, DALLAS TX 75261-9096 |
| 15491758 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 12 2023 00:47:00 | U.S. Bank National Association, et al., C/O Nationstar Mortgage LLC, PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, et al. |
| cr | | U.S. Bank National Association, not in its Individ |
| cr | | U.S. Bank National Association, not in its individ |
| cr | * | Capital One, N.A., c/o Becket and Lee, LLP, POB 3001, Malvern, PA 19355-0701 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the CIM TRUST 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  not in its Individual Capacity but Solely as Trustee for the CIM Trust 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  et al. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank National Association cwohlrab@ecf.courtdrive.com  cwohlrab@ecf.courtdrive.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor U.S. Bank National Association  not in its Individual Capacity but Solely as Trustee for the CIM Trust 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Kevin M Buttery | on behalf of Creditor U.S. Bank National Association kbuttery@rascrane.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Debtor Thomas A. Musko shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association smncina@rascrane.com |

TOTAL: 13