IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
THOMAS A. MUSKO

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:18-20231 JAD

Chapter 13

Document No.: 64

FILED
7/11/23 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this 11th day of July, 20 23, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

jsf

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-20231-JAD
Thomas A. Musko  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Jul 11, 2023      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas A. Musko, 3112 Universal Street, Pittsburgh, PA 15204-1758 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 12 2023 00:47:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2023 00:56:04 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 12 2023 00:47:00 | U.S. Bank National Association, Robertson, Anschutz & Schneid, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14762380 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 12 2023 00:47:00 | Bank of America, P.O. Box 17054, Wilmington, DE 19884-0001 |
| 14794089 | | Email/PDF: bncnotices@becket-lee.com | Jul 12 2023 00:56:34 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14849278 | + | Email/Text: ebnjts@grblaw.com | Jul 12 2023 00:47:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14762381 | + | Email/Text: bankruptcynotices@dcicollect.com | Jul 12 2023 00:49:00 | Diversified Consultants, P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 14801581 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 12 2023 00:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14762382 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 12 2023 00:47:00 | Kohl's, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14762383 | ^ | MEBN | Jul 12 2023 00:39:12 | Mercantile Adjustment Bureau, P.O. Box 9055, Buffalo, NY 14231-9055 |
| 14762384 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 12 2023 00:47:00 | Mr. Cooper Mortgage, 350 Highland Drive, Lewisville, TX 75067-4488 |
| 14772002 | | Email/PDF: cbp@omf.com | Jul 12 2023 00:56:56 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14762385 | | Email/PDF: cbp@omf.com | Jul 12 2023 00:57:43 | One Main Bank, PO Box 64, Evansville, IN 47701-0064 |
| 14803795 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 12 2023 00:47:00 | PNC BANK N.A., P.O. BOX 94982, Cleveland, OH 44101 |

Case 18-20231-JAD    Doc 71    Filed 07/13/23    Entered 07/14/23 00:29:20    Desc Imaged
                        Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 11, 2023 | Form ID: pdf900 | Total Noticed: 24 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14762386 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 12 2023 00:47:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14762387 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2023 01:08:23 | Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 14832326 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2023 00:55:48 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14770313 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2023 01:08:40 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14792629 | + | Email/Text: ebnpeoples@grblaw.com | Jul 12 2023 00:47:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14762388 | | Email/Text: bankruptcy@sw-credit.com | Jul 12 2023 00:48:00 | Southwest Credit, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14762389 | ^ | MEBN | Jul 12 2023 00:39:20 | Trident Asset Management, PO Box 888424, Atlanta, GA 30356-0424 |
| 14803868 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 12 2023 00:47:00 | U.S. BANK NATIONAL ASSOCIATION, NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER, ATTN: BANKRUPTCY DEPT, PO BOX 619096, DALLAS TX 75261-9096 |
| 15491758 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 12 2023 00:47:00 | U.S. Bank National Association, et al., C/O Nationstar Mortgage LLC, PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, et al. |
| cr | | U.S. Bank National Association, not in its Individ |
| cr | | U.S. Bank National Association, not in its individ |
| cr | * | Capital One, N.A., c/o Becket and Lee, LLP, POB 3001, Malvern, PA 19355-0701 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0315-2  User: auto  Page 3 of 3
Date Rcvd: Jul 11, 2023  Form ID: pdf900  Total Noticed: 24

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee for the CIM TRUST 2021-NR2 Mortgage-Backed Notes, Series 2021-NR2 bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association  not in its Individual Capacity but Solely as Trustee for the CIM Trust 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor U.S. Bank National Association  et al. bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor U.S. Bank National Association cwohlrab@ecf.courtdrive.com  cwohlrab@ecf.courtdrive.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor U.S. Bank National Association  not in its Individual Capacity but Solely as Trustee for the CIM Trust 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Kevin M Buttery
    on behalf of Creditor U.S. Bank National Association kbuttery@rascrane.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Debtor Thomas A. Musko shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association smncina@rascrane.com

TOTAL: 13